# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141795(49)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

                               SC: 141795
v                             COA: 291592
                               Wayne CC: 08-012499-FC
FRANKLIN EDWARD IVEY,
       Defendant-Appellant.
_____

       On order of the Chief Justice, the motion by defendant-appellant for extension to February 28, 2011 of the time for filing his supplemental brief is considered and it is granted.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011                                      
                                             Clerk